**No. 69394.**—Bert Scheuer, Inc. *v.* United States, protests 64/11662, 64/13385, and 64/13386 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the

subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.